IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) | MDL No. 875 |
| This Document Relates To: | ) ) ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM BOLDEN, SR. AND LANELL BOLDEN, ET AL., | ) ) | No. 95-2054 |
| RICHARD G. HORN AND MARLENE S. HORN, ET AL., | ) ) | No. 95-2050 |
| ARLENE SUE NICHOLS, INDIVIDUALLY AND AS SPECIAL ADMINISTRATOR OF THE ESTATE OF GERALD J. NICHOLS, ET AL., | ) ) ) ) ) ) | No. 95-2049 |
| JAMES T. PIERCE, JR. AND WILDA J. PIERCE, ET AL., | ) ) | No. 95-2052 |
| HARLAND L. SLAYTON AND EVA L. SLAYTON, ET AL., | ) ) | No. 95-2051 |
| CHARLES M. TAYLOR, | ) | No. 95-2053 |
| RAYMOND E. THOMPSON, | ) | No. 95-2048 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| A.C. AND S., INC., a Corporation, et al., | ) ) ) | |
| Defendants. | ) | |

ILC 2

### ORDER OF DISMISSAL

On consideration of the request for dismissal of defendant, The Sherwin-Williams Company, all counsel of record having been served with its letter motion requesting dismissal by agreement, and there being no opposition to the entry of the Order;

IT IS HEREBY ORDERED: that the request is granted with prejudice as to the claims of all plaintiffs against The Sherwin-Williams Company and as to all cross-claims against defendant The Sherwin-Williams Company for the following reason:

The absence of exposure to movant's asbestos-containing products.

SO ORDERED:

s/ Charles R. Weiner

Charles R. Weiner, J.

11/1/2004